JDM 1.29.24
USAO2024R00035/KOG

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- BALTIMORE
'24 JAN 30 PM 12:21

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. JRR 24cr23 |
| v. | : (Cyberstalking, 18 U.S.C. |
| | : § 2261A(2)(B) |
| OWEN JARBOE, | : |
| | : |
| Defendant. | : |
| | : |
| | : |

...oOo...

### INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about January 2, 2024, in the District of Maryland and elsewhere:

**OWEN JARBOE,**

the defendant, with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass and intimidate another person, did use an interactive computer service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to another person, an immediate family of the person, or a spouse or intimate partner of the person, to wit: the defendant placed a telephone call from Hagerstown, Maryland to the Houston County Sheriff's Department in Dothan, Alabama in which he falsely reported that he was Person 1, that he had

shot his son in a local trailer park, that he planned to burn down the trailer park, and that he would kill himself and any law enforcement officials who responded to the trailer park.

18 U.S.C. § 2261A(2)(B)

SIGNATURE REDACTED
Foreperson

1/30/24
Date

Erek L. Barron
United States Attorney