✓ FILED ___ ENTERED
___ LOGGED _____ RECEIVED
11:19 am, April 10 2025
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____CB_____Deputy

## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

**OWEN JARBOE** ("**JARBOE**" or "the Defendant") is a 19-year old resident of Hagerstown, Maryland. **JARBOE** and others, including Conspirator 1 and Conspirator 2, created and operated an online group they called "Purgatory" via online messaging applications including Telegram and Instagram. **JARBOE's** user names and monikers included "Doxlistic," "Synthetics" and "yoboyqzippy."

**JARBOE** and others in Purgatory engaged in Swatting and Doxxing to strike out at perceived rivals, gain online notoriety, attempt to make money, and for their own enjoyment.

**JARBOE** and the Conspirators placed Swatting calls to police and other emergency departments where they would falsely report emergencies in the form of violent acts at particular locations. They did so to cause armed police responses to the locations with the intent to threaten, intimidate, and harass individuals and entities.

After **JARBOE** and the Conspirators in Purgatory Swatted or Doxxed their victims, they posted photographs, news reports and messages on a public facing Purgatory Telegram page to claim responsibility for their actions, brag about their prowess, and advertise their "swatting services."

On January 2, 2024, **JARBOE**, using a TextNow telephone number to mask his identity, called the Houston County, Alabama Sheriff's Office and threatened to burn down "Lot 2" in a residential trailer park located on US 84 in Cowarts, Alabama. On this call, **JARBOE** stated his name was VICTIM-1, that he had shot his son, and he threatened to kill any law enforcement

11

officers who arrived at the trailer park. As a result of **JARBOE**'s call, police rushed a SWAT response to the residential trailer park. Afterwards, a conspirator posted on the Purgatory Telegram channel links to news reports, a photograph of the law enforcement response to the swatting incident in Cowarts, Alabama, and the following message directed at Victim 1:

> zion we also had a little appearance by the men in camo get [expletive] you harmless freak thinking he could talk [expletive] without any consequences is appalling but makes our job a lot more fun when stuff like this happenes [sic] to our victims after they have a [sic] ego let's see him make a return in com PURGATORY FOREVER

**JARBOE** helped to plan and was present online on January 4, 2024, when Conspirator 1 used a Google Voice number to call the Newark, Delaware Police Department and falsely reported that he was inside the Newark High School classroom with others and heard a man firing shots in the school hallway. Moments after this first call ended, **JARBOE** called the department back and threatened to shoot Victim # 2, who was a teacher at Newark High School, and to kill unnamed students. As a result of this call, which occurred in the middle of a school day, the school was placed on lockdown and police officers responded to the scene.

**JARBOE**, using the moniker "synthetics," messaged Conspirator 2 in a Purgatory chat that "you saw what me wnd [sic] nightmare did to the school. Post it in telegram chat," to which Conspirator 2, using the moniker "bit coin," replied "yes." To brag about **JARBOE** and Conspirator 1's Swat of the school, a conspirator posted links to news reports of the swatting incident at the school in a public Purgatory Telegram channel.

On January 7, 2024, a conspirator posted in the Purgatory Chat: "LETS GET A HELL YEAH IF WE SHOULD SHUTDOWN A INTERNATINAL [sic] AIRPORT" to which **JARBOE**, using the moniker "synthetics," replied: "bet ill do it tmr."

On January 8, 2024, **JARBOE**, using a TextNow telephone number, called the Albany Police Department in Albany, New York and stated that he was going to go into the Albany International Airport to "shoot everybody up" and that his "friend" was going to set off bombs in the airport. Police units then rushed to respond to these threats. Later that day, **JARBOE**, using the moniker "synthetics," bragged in the Purgatory Chat "I just swatted a [sic] airport."

On January 15, 2024, **JARBOE**, using a TextNow telephone number, called Fire Station #2 in Eastman, Georgia, and claimed that he had shot his aunt and two juveniles and was considering shooting a third juvenile at an address on Fish Road in Eastman, Georgia. Police units then rushed to respond to these threats.

SO STIPULATED:

_____
Robert I. Goldaris
Assistant United States Attorney

_____
Owen Jarboe
Defendant

_____
Meghan S. Skelton, Esq.
Counsel for Defendant