UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v. ) | No.   1:24-cr-0023-JRR |
| ) | |
| **OWEN JARBOE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### MOTION TO FILE DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL

The Defendant, Owen Jarboe, respectfully moves this Honorable Court for an order placing the Proposed Sealed Documents (Defendant's Sentencing Memorandum), to be filed today by the Defendant in this case, under the Court's seal. In support of this Motion, Mr. Jarboe states as follows:

1. The Sentencing Memorandum contains sensitive personal information regarding Mr. Jarboe's medical and psychiatric information.

2. No reasonable alternatives to sealing the document are available. Deletion or expungement of sensitive portions of the document would render the submission substantially unreadable and would compromise counsel's ability to convey important information relevant to this case.

3. Counsel intends to serve the government with copies of this Motion by email.

WHEREFORE, Mr. Jarboe respectfully requests that the Defendant's Sentencing Memorandum be placed under the Court's seal.

Respectfully submitted,

1

*s/ Meghan Skelton*
Meghan Skelton
Bar No. 30942
SkeltonLaw, LLC
P. O. Box 308
Cabin John, MD 20818
240-425-2280
meghan@skelton.law

*Counsel for Defendant*
